No. 00–10720. DAVIES v. IMMIGRATION AND NATURALIZATION SERVICE, ATLANTA DIVISION. C. A. 11th Cir. Certiorari denied.

No. 00–10721. COSTIGAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–10723. GARCIA BERTADILLO v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–10724. PASSARELLI v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 00–10725. ROGERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10726. BURGESS v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–10727. BELL v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–10729. DITTON ET AL. v. CITY OF ALEXANDRIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10731. DODSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10732. GHARIBIAN v. CALIFORNIA. App. Div., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 00–10733. NODD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10734. BARAJAS-SERRATO v. UNITED STATES; ESPINOZA-NUNEZ v. UNITED STATES; GARCIA-LORENZO, AKA GARCIA v. UNITED STATES; RENTERIA-ALMODOVAR, AKA FERNANDEZ-PEREZ v. UNITED STATES; and ZEDILLO-CAMARILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 10 Fed. Appx. 575 (first and fifth judgments); 7 Fed. Appx. 652 (fourth judgment).

No. 00–10735. PALMER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.